UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 1, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>        Plaintiff,            )<br>v.                            )<br>                              )<br>JASON M. TORRES,              )<br>                              )<br>        Defendant.            ) | Case No. 2:19-MJ-00121-DB-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JASON M. TORRES</u>, Case No. <u>2:19-MJ-00121-DB-1</u>, Charge <u>18 USC §§ 1349; 1956(h)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    ✔  Bail Posted in the Sum of $ <u>200,000 (co-signed)</u>

        ✔  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)   <u>With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 1, 2019</u> at <u>  2:35  </u> pm..

                      By   /s/ Deborah Barnes
                             Deborah Barnes
                             United States Magistrate Judge