| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MATTHEW THUESEN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JASON TORRES,<br><br>              Defendant. | CASE NO. 2:19-MJ-121 DB<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING PRELIMINARY HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their respective counsel, Assistant United States Attorney Matthew Thuesen on behalf the United States of America, and Jordan Morgenstern ("Defense Counsel"), counsel for defendant Jason Torres ("Defendant"), as follows:

1. On August 1, 2019, law enforcement arrested Defendant based on a complaint filed in the District of New Jersey. Defendant appeared before the Honorable Deborah Barnes in the Eastern District of California for an initial appearance on the same day and requested a preliminary hearing, which currently is scheduled for August 15, 2019, in the Eastern District of California.

2. On August 13, 2019, Defendant filed a preliminary hearing waiver in the District of New Jersey, which is attached as Exhibit A.

3. Defendant now requests that the preliminary hearing scheduled in this District be vacated.

//

//

STIPULATION AND [PROPOSED] ORDER                            1

**IT IS SO STIPULATED.**

Dated: August 13, 2019　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ Matthew Thuesen
　　　　　　　　　　　　　　　　　　　　　MATTHEW THUESEN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: August 13, 2019　　　　　　　　　　　/s/ Jordan Morgenstern (with consent)
　　　　　　　　　　　　　　　　　　　　　JORDAN MORGENSTERN
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause having been shown, the Court ORDERS that the preliminary hearing scheduled for August 15, 2019, is vacated.

**IT IS SO ORDERED.**

Dated: August 15, 2019.

　　　　　　　　　　　　　　　　　　　　　THE HON. EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE